JS-6

Peter Eliasberg (SBN# 189110)
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297
Email: peliasberg@aclusocal.org

Brendan Hamme (SBN# 285293)
Caitlin Sanderson (SBN# 272468)
ACLU of Southern California
1851 East First Street, Suite 450
Santa Ana, CA 92705
Telephone: (714) 450-3962
Facsimile: (714) 543-5240
Email: bhamme@aclusocal.org
Email: CSanderson@aclusocal.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Michael Diehl,<br><br>*Plaintiff*,<br><br>v.<br><br>County of Orange, Shane L Silsby, Director OC Public Works Department in his official capacity, Sandra Hutchens, Sheriff of the County of Orange, in her official capacity,<br><br>*Defendants*. | Case No. 8:17-cv-000246 DOC (KES)<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL [18]** |

Based on the Settlement Agreement of the parties, IT IS ORDERED:

- First, that the Court dismisses this action, *Diehl v. County of Orange*, Case No. 8:17-cv-000246 DOC (KES), with prejudice as called for by the Settlement Agreement.
- Second, that the Court retains jurisdiction over this settlement for the sole purpose of enforcing the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATED: February 24, 2017

David O. Carter

The Honorable David O. Carter
United States District Judge